*Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Wall, Appellant.

Argued November 10, 1970. *David B. Washington,* with him *Shields and Washington,* for appellant; *Robert H. Chase,* Assistant District Attorney, with him *Michael M. Palmisano,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Wallace, Appellant.

Submitted November 9, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Washington, Appellant.

Submitted November 9, 1970. *John J. Dean,* Assistant Public Defender, and *George H. Ross,* Public Defender,

for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* White, Appellant.

Submitted November 13, 1970. *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Wilczak, Appellant.

Submitted November 9, 1970. *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Carol Mary Los* and *Robert L. Campbell*, Assistant District Attorneys, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Wiley, Appellant.

Submitted November 9, 1970. *John E.*